PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Ronald McClary
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Officer Butler

Case No. 5:18CV98

(Enter above full name of defendant or defendants.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs: _____
      _____

      Defendants: _____
      _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket number: _____

   4. Name of presiding judge: _____

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
      _____

   6. Approximate date of case filing: _____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes (X) No ( )
1. Name the court and docket number for each: PROPERTY DESTROYED CAN'T REMEMBER NUMBERS

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes (X) No ( )
1. If yes, how many?

2. Name the court and docket number for each action:

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES
A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (X) No ( )

B. If your answer is Yes:
1. When did you file your grievance?
MAY 14 2018

2. What was your grievance?
PREA

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (X) No ( )

If yes, when was the decision and what was the result?

C. If your answer to A is no, identify the claim(s) and explain why not:

IV. PARTIES
A. Plaintiff's Name: ~~[redacted]~~ Ronald McClary
Address/Place of Confinement: 633 Old Landfill Rd
Taylorsville, N.C. 28681
B. Defendant(s)

Name of Defendant 1: Officer Butler
Position: Officer
Place of Employment: Alexander Corr Inst
Current Address: 633 Old Landfill Rd Taylorsville, N.C.

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: _____

Defendant 3: _____

Defendant 4: _____

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

On May 14 2018 Officer Butler reached in the tray as I am in segragation and grabbed my genitals and squeezed them. It is ongoing sexual harassment by Butler. It is not the only incident this has caused physical and emotional pain and distress.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

Punitive and compensatory damages of $100,000.

Date: JUNE 13 2018

Signature: Ronnie McCrary
Prison ID #: 0668156